## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-02 |
| | § § § | |
| OMAR VENTURA, *et al.* | § | |

# O R D E R

Defendant Ventura filed an unopposed motion for continuance, (Docket Entry No. 39). The government and the codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 26, 2012 |
| Responses are to be filed by: | April 9, 2012 |
| Pretrial conference is reset to**:** | **April 16, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 23, 2012 at 9:00 a.m.** |

SIGNED on February 14, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge