**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-02 |
| | § | |
| JESUS GONZALEZ | § | |
| GERSON BAEZ | § | |

**O R D E R**

Counsel for Defendant Baez has filed a motion for substitution. (Docket Entry No. 60). Soloman Musyimi will replace Wade Bainum of the Public Defenders Office as counsel for Baez. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 1, 2012 |
| Responses are to be filed by: | August 14, 2012 |
| Pretrial conference is reset to**:** | **August 20, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 27, 2012 at 9:00 a.m.** |

SIGNED on May 14, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge